1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 9 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

8
9
10
11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

12
13
14

5:25 mj 00534

15  UNITED STATES OF AMERICA,            )
16         Plaintiff,                    )  ORDER OF DETENTION AFTER
                                         )  HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17         v.                            )  Allegations of Violations of Probation
                                         )  Supervised Release)
18  ERIC MENDOZA                         )  Conditions of Release)
                    TANORY              )
19         Defendant.                    )
20

On arrest warrant issued by a United States District Court involving alleged

21  violations of conditions of probation or Supervised Release,

22         The court finds no condition or combination of conditions that will

23  reasonably assure:

24         (A)    (✓)  the appearance of defendant as required; and/or

25         (B)    (✓)  the safety of any person or the community.

26  //
27  //
28

The court concludes:

A.    (✓)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- UNKNOWN BACKGROUND (FAILED TO INTERVIEW WITH PRETRIAL)

(B)    (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- ALLEGATION OF ABSCONDING

   IT IS ORDERED that defendant be detained.

DATED:  8/19/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2